PROB 12C
(7/93)

Report Date: June 13, 2012

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 13 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfred L. Hawk                Case Number: 2:09CR02034-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 12/17/2010

Original Offense:  Conspiracy, 18 U.S.C. § 371
                   Taking, Transporting, Offering and Selling Eagles, 16 U.S.C. § 668(a)
                   Transporting and Selling Wildlife with a Market Value in Excess of $350,
                   14 U.S.C. §§ 3372(a) & 3373(d)(1)(B)
                   Taking, Transporting Offering and Selling Eagles, 16 U.S.C. § 668(a)

Original Sentence:  Prison - 6 Months            Type of Supervision: Supervised Release
                    TSR - 24 Months

Asst. U.S. Attorney:  Timothy J. Ohms            Date Supervision Commenced: 8/10/2011

Defense Attorney:  Diane E. Hehir                Date Supervision Expires: 8/9/2013

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 19, 2012.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. |
| | **Supporting Evidence**: Mr. Hawk has failed to make payments towards his special assessment as directed as of June 12, 2012. |
| | On August 15, 2011, Mr. Hawk signed a payment agreement to start making $25 payments towards his special assessment obligation commencing September 2011. Mr. Hawk has been reminded of his financial obligation but to this date, he has yet to make a payment. |

Prob12C
Re: Hawk, Alfred L.
June 13, 2012
Page 2

5   **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Mr. Hawk has failed to submit his monthly report form for the months of March, April, and May 2012, as directed.

On April 11 and May 15, 2012, late report notices were sent to Mr. Hawk, advising him he failed to report to the U.S. Probation Office to fill out his monthly report forms. Mr. Hawk has yet to respond to these notices. Additionally, on June 11, 2012, a late report was sent to Mr. Hawk, reminding him to submit his report. However, this officer believes the defendant has not received this notice in the mail as of yet, but notes that as of this writing, he is late with his monthly report for the month of May 2012.

6   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Hawk failed to report to the U.S. Probation Office as directed by his probation officer on June 1 and 4, 2012.

On May 30, 2012, this officer spoke with Mr. Hawk by telephone, at which time he was informed of his continued failure to submit his monthly report forms for the past 2 months. The defendant was directed to report to the probation office before noon on June 1, 2012. Mr. Hawk failed to report as directed. Before the end of business on this same date, this officer spoke with Mr. Hawk by telephone, asked why he failed to report as directed, and he responded that he slept all day. Mr. Hawk was again directed to report to the probation office on June 4, 2012, at 10 a.m.

On June 4, 2012, at 10 a.m. Mr. Hawk called the probation office and left a voice mail message, indicating he had to attend a funeral and would not be able to make his scheduled appointment. This officer returned Mr. Hawk's phone call within a matter of minutes, but he did not answer. This officer then called the defendant's brother's telephone number and left a message for the defendant to contact this officer. As of this date, Mr. Hawk has failed to comply.

Prob12C
Re: Hawk, Alfred L.
June 13, 2012
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/13/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Edward F. Shea
Signature of Judicial Officer

June 13, 2012
Date