PROB 12C
(7/93)

Report Date: December 10, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 11 2012

JAMES R. LARSEN, CLERK
           DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfred L. Hawk              Case Number: 2:09CR02034-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence:  12/17/2010

Original Offense:    Conspiracy, 18 U.S.C. § 371
                     Taking, Transporting, Offering and Selling Eagles, 16 U.S.C. § 668(a)
                     Transporting and Selling Wildlife with a Market Value in Excess of $350,
                     14 U.S.C. §§ 3372(a) & 3373(d)(1)(B)
                     Taking, Transporting Offering and Selling Eagles, 16 U.S.C. § 668(a)

Original Sentence:   Prison - 6 Months              Type of Supervision: Supervised Release
                     TSR - 24 Months

Asst. U.S. Attorney: Timothy J. Ohms                Date Supervision Commenced: 10/11/2012

Defense Attorney:    Diane E. Hehir                 Date Supervision Expires: 9/10/2013

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 20, 2012.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
|   | **Supporting Evidence**: On November 24, 2012, Mr. Hawk was charged with speeding 22 miles per hour over the limit, East Klickitat District Court cause number 2Z0883896; driving under the influence and second degree driving while license suspended, East Klickitat District Court cause number 2Z0883897; and operating a motor vehicle without insurance and open alcoholic container, East Klickitat District Court cause number 2Z0883898. |
|   | According to the East Klickitat District Court docket, his next court hearing is set for December 18, 2012. |
|   | A police narrative report has been requested, but has not been received. |

5     **Special Condition # 18**: The defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substances.

**Supporting Evidence**: Mr. Hawk was found under the influence of alcohol on November 24, 2012.

A police narrative report has been requested, but has not been received.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/10/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  ~~The Issuance of a Summons~~  SJS7S
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Edward F. Shea
Signature of Judicial Officer

12/10/12
Date