PROB 12C
(7/93)

Report Date: March 13, 2013

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 14 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Alfred L. Hawk          Case Number: 2:09CR02034-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 12/17/2010

Original Offense:   Conspiracy, 18 U.S.C. § 371
Taking, Transporting, Offering and Selling Eagles, 16 U.S.C. § 668(a)
Transporting and Selling Wildlife with a Market Value in Excess of $350,
14 U.S.C. §§ 3372(a) and 3373(d)(1)(B)
Taking, Transporting Offering and Selling Eagles, 16 U.S.C. § 668(a)

Original Sentence:   Prison - 6 Months          Type of Supervision: Supervised Release
TSR - 24 Months

Asst. U.S. Attorney:   Timothy J. Ohms          Date Supervision Commenced: 10/11/2012

Defense Attorney:   Diane E. Hehir              Date Supervision Expires: 9/10/2013

---

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on November 20, 2012 and December 10, 2012.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 14**: Defendant shall complete 100 hours of community service work, at the rate of not less than 8 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than December 17, 2012.<br><br>**Supporting Evidence**: Mr. Hawk failed to complete his community service hours as directed before December 17, 2012.<br><br>On February 14, 2013, Mr. Hawk submitted a copy of a community service log indicating he completed 110.5 hours of community service on November 30, 2012. The letterhead shows the paper being from the Confederated Tribes and Bands Of the Yakama Nation. Contact was made with the person who signed off on Mr. Hawk's hours, and who confirmed the defendant did his community service by helping him cut wood. Further inquiries |

revealed this person is self-employed and cuts wood for profit for the Department of Energy for the Yakama Nation. This person also confirmed he got paid for the wood Mr. Hawk help cut and he is not a non-profit organization.

Mr. Hawk was confronted regarding his failure to do his community service hours at a non-profit organization. The defendant acknowledged these reported hours would not be accepted and he requested additional time to get these hours completed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/13/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Edward F Shea

Signature of Judicial Officer

March 14, 2013

Date