Case 2:09-cr-02034-EFS   Document 394   Filed 10/08/13

PROB 12C
(7/93)

Report Date: October 8, 2013

# United States District Court

## for the

## Eastern District of Washington
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 08 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alfred L. Hawk          Case Number: 0980 2:09CR02034-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 17, 2010

| | |
|---|---|
| Original Offense: | Conspiracy, 18 U.S.C. § 371<br>Taking, Transporting, Offering and Selling Eagles, 16 U.S.C. § 668(a)<br>Transporting and Selling Wildlife with a Market Value in Excess of $350, 14 U.S.C. §§ 3372(a) & 3373(d)(1)(B)<br>Taking, Transporting Offering and Selling Eagles, 16 U.S.C. § 668(a) |
| Original Sentence: | Prison 6 months<br>TSR - 24 months |
| Asst. U.S. Attorney: | Timothy J. Ohms |
| Defense Attorney: | Diane E. Hehir |

Type of Supervision: Supervised Release

Date Supervision Commenced: October 11, 2012

Date Supervision Expires: September 10, 2014

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 20, December 10, 2012, and March 13, 2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mr. Hawk tested positive for marijuana on September 5, 2013.<br><br>On September 5, 2013, Mr. Hawk submitted to a random urinalysis test which returned positive for marijuana. Mr. Hawk also signed the admission of drug use form admitting to the illegal use of the controlled substance. Mr. Hawk was given the opportunity to address this noncompliance issue, but has failed to do so as directed. |

Prob12C
Re: Hawk, Alfred L.
October 8, 2013
Page 2

| | |
|---|---|
| 8 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the criminal monetary penalties sheet of this judgment.<br><br>**Supporting Evidence**: Mr. Hawk has failed to make payments towards his special assessment as of October 7, 2013.<br><br>Mr. Hawk has paid $50 of his $325 special assessment ordered. The defendant has been reminded of his financial obligation. Although Mr. Hawk has made promises to make payments, he has yet to do so. The defendant's last payment was received on September 6, 2011. |
| 9 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Hawk failed to get back in compliance with his drug and alcohol treatment program at the Yakama Nation Comprehensive Community Program (YNCCP) as directed by probation officer as of October 7, 2013.<br><br>On September 5, 2013, Mr. Hawk was advised he had until September 9, 2013, to get back in compliance with his drug and alcohol treatment program. On September 11, 2013, this officer met with Mr. Hawk at his residence and he advised he was on his way to meet with his drug and alcohol counselor to get back into treatment. On October 8, 2013, this officer spoke with staff at the YNCCP and was advised Mr. Hawk has not been seen since August and his file was closed as incomplete on September 9, 2013. |

Prob12C
Re: Hawk, Alfred L.
October 8, 2013
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 8, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

10/8/13
Date