PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 18 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# United States District Court

## for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Alfred L. Hawk                Case Number: 0980 2:09CR02034-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea

Date of Original Sentence: December 17, 2010        Type of Supervision: Supervised Release

Original Offense: Conspiracy, 18 U.S.C. § 371;        Date Supervision Commenced: October 11, 2012
Taking, Transporting, Offering and Selling Eagles,
16 U.S.C. § 668(a); Transporting and Selling Wildlife
with a Market Value in Excess of $350, 14 U.S.C. §§
3372(a) & 3373(d)(1)(B); Taking, Transporting
Offering and Selling Eagles, 16 U.S.C. § 668(a)

Original Sentence: Prison - 6 M; TSR - 24 M        Date Supervision Expires: September 10, 2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21      You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may
        include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per
        month, in order to confirm continued abstinence from these substances.

## CAUSE

On September 5, 2013, Mr. Hawk tested positive for marijuana which was later confirmed positive Alere
Toxicology Services.  Mr. Hawk admitted to having used such controlled substance.  Mr. Hawk has agreed to
participate in drug and alcohol treatment in addition to submit to random urinalysis testing.

Prob 12B
**Re: Hawk, Alfred L.**
**November 18, 2013**
**Page 2**

Mr. Hawk agreed to the modification and a signed waiver is enclosed for the Court's review.

Respectfully submitted,

by      s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer
Date:  November 18, 2013

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

11/18/13

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21      You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____          Signed: _____
                Jose Zepeda                                           Alfred L. Hawk
           U.S. Probation Officer                          Probationer or Supervised Releasee

_____
                Date  11/15/13